UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SEP 20 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | Criminal No. **17 CR 564** |
| CARL EUGENE FLEMING, JR. | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### (Possession an Unregistered NFA Weapon)

On or about February 1, 2016, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**CARL EUGENE FLEMING, JR.,**

knowingly received and possessed destructive devices, to wit: explosive bombs, grenades, similar devices and any combination of parts either designed or intended for use in converting any device into a destructive device, in Huntsville, Texas, although these destructive devices were not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### Count Two
### (Possession of a Firearm – Crime Punishable by More Than a Year)

On or about February 1, 2016, in the Houston Division of the Southern District of Texas, the defendant,

**CARL EUGENE FLEMING, JR.,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

designed or intended for use in converting any device into a destructive device

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, magazine, and ammunition involved in violation of Title 18, United States Code, Section 922(g)(1) as charged in Count One, are subject to forfeiture, including, but not limited to, the following:

1. Three destructive device IEDs;
2. A Harrington and Richardson, Model 622, .22 caliber revolver s/n AF99011;
3. Five rounds of Federal .22 long rifle ammunition;
4. A Savage Stevens, Model 59B, .410 caliber shotgun, no serial number;
5. A Savage Stevens, Model 87A, .22 caliber rifle, no serial number;
6. A pineapple styled grenade hull;
7. A military fragmentation vest;
8. A green Kevlar helmet;
9. 15 rounds of assorted 12 gauge ammunition;
10. A New England Firearms, Model Pardner, 12 gauge shotgun, s/n NH255074;
11. One round of Remington 12 shotgun ammunition;
12. One round of .50 BMG ammunition.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY